No. 3340,—GOTTLIEB NEIDHARDT v. JOHN B. HUNTERHEIMER.

An action to annul a judgment for want of citation can not be maintained, if it be shown that the person cited and the person who demands the nullity of the judgment are one and the same person.

The fact that the defendant has been cited by a different surname than his own will not avail, if it be shown that some called him by the name under which he was cited.

APPEAL from the Second Judicial District Court, parish of Jefferson. *Pardee*, J. *Wm. Mithoff*, for plaintiff and appellant. *A. Cazabat* and *H. N. Ogden*, for defendant and appellant.

HOWE, J. This is a suit to annul a judgment for want of citation.

The defendant relied upon the exception of *res judicata*, among other defenses, and this exception was sustained by the lower court. The plaintiff has appealed.

We see no error in the judgment. The citation was addressed to G. Reinhardt, instead of G. Neidhardt. In an action to enjoin the sale of plaintiff's property under the judgment rendered on this citation, the sole question raised was whether or not Gottlieb Neidhardt and Gottlieb Reinhardt were identically the same person. The court decided that the plaintiff's name was Gottlieb, and that by way of surname some called him Neidhardt and some Reinhardt; and thereupon gave judgment for the defendant. This judgment was not appealed from and seems to have settled the question of identity. But, if Gottlieb Rheinhardt and Gottlieb Neidhardt were merely slightly different names of the same person; then the question of the validity of the citation was also finally determined, and became, necessarily, a thing adjudged.

Judgment affirmed.

Rehearing refused.